J-S44016-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| DONALD ZOLLER, JR. | |
| Appellant | No. 1676 WDA 2014 |

Appeal from the PCRA Order October 3, 2014
In the Court of Common Pleas of Allegheny County
Criminal Division at No(s): CP-02-CR-0004839-1986

BEFORE:  LAZARUS, J., STABILE, J., and JENKINS, J.

CONCURRING STATEMENT BY LAZARUS, J.:                **FILED JUNE 3, 2016**

I respectfully concur.  While I agree that Zoller is entitled to relief pursuant to **Montgomery**, I believe that we are constrained to follow the procedure set forth in our Court's decision, **Commonwealth v. Secreti**, 2016 PA Super 28 (Pa. Super. 2016) (interpreting **Montgomery** as making retroactivity under **Miller** effective as of the date of the **Miller** decision). Therefore, I would reverse and remand for resentencing.